UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALVIN GEORGE WALKER, | ) | |
| | ) | CASE NO. C09-1858-RAJ |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| MARION FEATHER, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is adopted;

(2) Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus is DENIED without prejudice for failure to exhaust administrative remedies; and

(3) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Theiler.

DATED this 26th day of May, 2010.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE -1